## United States Bankruptcy Court
### For the District of Colorado

| | | |
|---|---|---|
| In re: | ) | |
| Lake Loveland Dermatology, P.C. | ) | Bankruptcy Case No. 19-11659-MER |
| | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | |

**DEFICIENCY NOTICE: DOCUMENTS DUE    3/22/2019**

The following missing documents are required for your case:

- Statement regarding whether a receiver is in possession of all or any part of the Debtor's property (L.B.F. 1007-7.1)

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 3/8/2019                           Kenneth S. Gardner, Clerk
                                         U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
　　　　Call: 720-904-7300
　　　　Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.